Timberly Hughes

c/o HBC 1459 18th Street, #167

San Francisco, CA 94107



US District Court

450 Golden Gate Avenue

Clerk's Office, Floor 16

San Francisco, CA 94102

Subject:    Case 3:18-cv-05931-JCS Document 17 Filed 11/13/19

Request to appear telephonically

Dear Sir or Madam:



I am writing to request to appear telephonically for the subject case, I am the defendant in this case. I am out of the country and want to appear by court call on November 22, 2019 at 2:00 p.m. (PST).

Please let me know what number I need to call in for the hearing. I will be able to use my US cell phone so I can call a local US number.

Thank you for your assistance with this matter.

Sincerely,

*Timberly Hughes*

Timberly Hughes

  Ms. Hughes shall contact CourtCall  at 888-882-6878 to make telephone arrangements.

Dated: November 18, 2019.



IT IS SO ORDERED AS MODIFIED

Judge Joseph C. Spero