UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TIMBERLY E. HUGHES,<br><br>  Defendant. | Case No. 18-cv-05931-JCS<br><br>**ORDER**<br><br>Re: Dkt. No. 23 |

At the Initial Case Management Conference held on November 22, 2019, Plaintiff represented to the Court that it will file its motion for default judgment by November 27, 2019. Dkt. No. 23. Plaintiff has not yet filed its motion for default judgment. The Court ORDERS Plaintiff to provide the Court with a status report no later than December 6, 2019 explaining why it has not filed its motion for default judgment.

**IT IS SO ORDERED.**

Dated: December 3, 2019

JOSEPH C. SPERO
United States Magistrate Judge