**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTE ORDER**

| **Case No.:** 18-cv-05931-JCS | **Case Name:** United States of America v. Hughes | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: February 6, 2020 | **Time:** 40 M |

**Attorney for Plaintiff:** Nithya Senra (CourtCall)
**Attorney for Defendant:** Timberly Hughes, pro se (CourtCall)

**Deputy Clerk:** Karen Hom                **Court Reporter:** FTR 2:18-2:50

**PROCEEDINGS**

1.  Motion for Default Judgment - Submitted

**ORDERED AFTER HEARING**

Ms. Senra will contact the auditors who are handling Ms. Hughes' case.
Court will issue it's ruling in fourteen (14) days.
The USA would like the Court to enter judgment in the amount of $827,977.79.
Ms. Hughes does not contest the Motion for Entry of Judgment but would like the Court to delay entry of judgment for two (2) weeks to allow her to work out a possible settlement of all of her claims, including this case.

If a settlement is reached, the parties shall file a stipulation.

**NOTES:**

**CASE CONTINUED TO:**