Timberly Hughes

c/o HBC 1459 18th Street, #167

San Francisco, CA 94107

RECEIVED
2020 MAR 12 A 11: 47
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA

US District Court

450 Golden Gate Avenue

Clerk's Office, Floor 16

San Francisco, CA 94102

Subject:   Case 3:18-cv-05931-JCS Document 25 Filed 12/19/19

   Request to appear telephonically

Dear Sir or Madam:

I am writing to request to appear telephonically for the subject case, I am the defendant in this case. I am out of the country and want to appear by court call on April 3, 2020 at 9:30 a.m. (PST).

I will be contacting CourtCall at 888-882-6878 to make telephone arrangements.

Thank you for your assistance with this matter.

Sincerely,

*Timberly Hughes*

Timberly Hughes