1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,            Case No.  18-cv-05931-JCS

8              Plaintiff,

                                          **ORDER DENYING MOTION FOR**
9         v.                              **ORDER TO SHOW CAUSE**

10   TIMBERLY E. HUGHES,                   Re: Dkt. No. 51

11             Defendant.

12        On May 7, 2020, Plaintiff the United States of America ("United States") filed a Motion for

13   Order to Show Cause as to why default judgment should not be entered against Defendant Timberly E.

14   Hughes ("Defendant"), proceeding pro se.  Dkt. No. 51.  The Court finds this motion suitable for

15   resolution without oral argument.  Having considered the papers filed in support of the motion, the

16   Court hereby **DENIES** this Motion for Order to Show Cause.

17        On March 31, 2020, the Court granted Defendant's Request for Leave to Answer Out of

18   Time, Dkt. No. 34, which the Court construed as a Motion to Set Aside Entry of Default under

19   Rule 55(c).  Dkt. No. 48 at 5, 16.  The Court ordered Defendant to "respond to the United States'

20   complaint by filing a formal answer under Rule 8 or a motion under Rule 12 of the Federal Rules

21   of Civil Procedures no later than Friday, May 1, 2020."  Id. at 16.  Defendant did not file an

22   answer or a Rule 12 Motion by the Court's May 1, 2020 deadline.

23        The Court interprets Defendant's Motion to Set Aside Entry of Default/ Request for Leave

24   to Answer Out of Time as intending that the proposed answer located on pages 3-7 of Dkt. No. 34

25   be filed as Defendant's formal answer.  However, if the Court is incorrect, and Defendant desires

26   to file a pleading motion under Rule 12 of the Federal Rules of Civil Procedures, she may do so on

27   or before May 15, 2020.

28        If Defendant does not file a pleading motion by that date, the proposed answer located on

United States District Court
Northern District of California

pages 3-7 of Dkt. No. 34 will be deemed filed.

**IT IS SO ORDERED.**

Dated: May 8, 2020

JOSEPH C. SPERO
United States Magistrate Judge