UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMBERLY E. HUGHES,<br><br>Defendants. | Case No. 18-cv-05931-JCS<br><br>**SUA SPONTE ORDER SEALING DISCOVERY LETTER BRIEF AND REQUIRING REDACTION**<br><br>Re: Dkt. No. 63 |

Plaintiff the United States of America filed a discovery letter brief (dkt. 63) on August 11, 2020, with attachments that include complete bank account numbers. Rule 5.2(a) of the Federal Rules of Civil Procedure requires all but the last four digits of any "financial-account number" to be redacted from public filings in federal court proceedings. The United States' discovery letter brief is therefore SEALED sua sponte, and the United States is ORDERED to file a version of the brief and all attachments redacted to comply with Rule 5.2 no later than August 14, 2020.

**IT IS SO ORDERED.**

Dated: August 11, 2020

JOSEPH C. SPERO
Chief Magistrate Judge