UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMBERLY HUGHES,<br><br>    Defendant. | Case No. 18-cv-05931-JCS<br><br>**ORDER TO MEET AND CONFER BY ZOOM**<br><br>Re: Dkt. No. 65 |

    IT IS HEREBY ORDERED that Defendant and counsel for Plaintiff shall meet and confer by Zoom video conference in an effort to resolve the issues raised in the discovery letter, ECF Docket No. 65, within ten (10) days of this Order.

    **IT IS SO ORDERED.**

Dated: August 12, 2020

                                                                     JOSEPH C. SPERO<br>
                                                                     Chief Magistrate Judge