UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMBERLY HUGHES,<br><br>Defendant. | Case No. 18-cv-05931-JCS<br><br>**ORDER TO FILE RESPONSE TO SECOND MOTION FOR PROTECTIVE ORDER**<br><br>Re: Dkt. No. 94 |

IT IS HEREBY ORDERED that the United States shall file a response to the Second Motion for Protective Order by January 8, 2021. There will be no reply brief.

**IT IS SO ORDERED.**

Dated: December 18, 2020

_____
JOSEPH C. SPERO
Chief Magistrate Judge