1
2
3
4                         UNITED STATES DISTRICT COURT
5                       NORTHERN DISTRICT OF CALIFORNIA
6
7    UNITED STATES OF AMERICA,              Case No.  18-cv-05931-JCS

8              Plaintiff,

9         v.                               **ORDER REGARDING DISCOVERY
                                           LETTER BRIEF**
10   TIMBERLY E. HUGHES,                    Re: Dkt. No. 106

11             Defendants.

12        The parties have filed a joint letter (dkt. 106) in which Plaintiff the United States seeks to

13   compel Defendant Timberly Hughes, pro se, to sign a letter authorizing the ANZ Bank to produce

14   certain bank records, and also seeks an extension of the schedule.  GOOD CAUSE APPEARING,

15   the United States' requests are GRANTED, and the Court orders as follows:

16        1.    This case relates to bank accounts held at ANZ Bank, into which the proceeds of

17   various loans were deposited.  The United States seeks to hold Hughes liable for certain FBAR

18   penalties.  Hughes denies any willful violations, and points to the loan proceeds and their use as

19   part of her defense.  Discovery into the loans that may have been deposited into the accounts at

20   issue is relevant to the claims and defenses in this action, and is proportional to the needs of the

21   case.  Accordingly, Hughes is ORDERED to sign the letter to ANZ Bank attached as Exhibit C to

22   the joint letter.

23        2.    The United States' request for a continuance of certain deadlines is also

24   appropriate.  Hughes has continually resisted the taking of her deposition, and the production of

25   documents by ANZ Bank, adding to the time and expense necessary to litigate this case.  The

26   court therefore extends the close of fact discovery to March 12, 2021, and continues the date of the

27   next case management conference from February 12, 2021 to March 26, 2021 at 2:00 pm.  The

28   parties shall file separate case management statements by March 19, 2021.  At the next case

United States District Court
Northern District of California

1   management conference, the Court will set new dates for filing of *Daubert* and summary judgment

2   motions, and for the final pretrial conference and trial.

3        Hughes's motion to compel (dkt. 104) will be addressed in a separate order.

4        **IT IS SO ORDERED.**

5   Dated: February 3, 2021

6   _____

7   JOSEPH C. SPERO
    Chief Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2