TIMBERLY E. HUGHES,
Plaintiffs *in Propria Persona*
59 Long Bay Road
Akaroa, New Zealand

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
    PLAINTIFF

v.                                               CASE NO.  3:18-cv-5931-JCS

TIMBERLY E. HUGHES
    DEFENDANTS
_____/

## OBJECTION TO PLAINTIFF'S MOTION IN LIMINE

The defendant objects to the plaintiff's untimely witness and the filing of the Declaration of Lisa Skelly.  It was mentioned by the Plaintiff that this witness was known in January and this violates Rule 26a(a) and Rule 26F which violates the trial scheduling court order.

The Plaintiff knew of this witness three months ago, the Declaration was signed and dated on March 19, 2021 when the close of Discovery was March 12, 2021.  The Plaintiff sent a copy of the Declaration to the Defendant on April 2, 2021.  The plaintiff's untimely naming of a witness and introduction of new testimony at this time is a contumacious violation of the court's case management scheduling order under Rule 26(f) and Rule 26(a) regarding the plaintiff's duties for supplementing the discovery disclosure.  Even after this court granted an extension of time for Discovery to the Plaintiff, in spite of the defendant's objection, the plaintiff again exceeded the extension of time.

The Defendant objects to this witness as it creates a substantial prejudice against the defense.  It is unjust, unfair and in bad faith.  The plaintiff's conduct is willfully deliberate, under-handed and intended to create prejudice or play upon the court's existing prejudice as demonstrated by its denial of the defendant's motion for a fair hearing.

The plaintiff's motion states that it obtained the software from its developer by a subpoena issued under Rule 45, but fails to include the date upon which the subpoena was issued.  This aspect of discovery was not disclosed as required under Rule 26(a) and the plaintiff failed to amend its Rule 26(a) disclosures regarding the discovery of this software, or the identification of any witness used to authenticate the software.  In this case, the plaintiff failed to disclose or identify this witness as required by the rules and refused to produce this witness for cross-examination within the discovery time limits established by the court and agreed upon by the parties.

The defendant was unfairly denied the opportunity to cross-examine this witness before trial.

The declaration baring Lisa Skelly's name was not written, contemplated or prepared by her, it was prepared by an attorney working for the plaintiff.

The words in the declaration itself, and Lisa Skelly herself fail to provide any testimony that Lisa Skelly had any personal knowledge as to the manner in which the defendant used the software, or any material facts regarding the defendant's use of the software.

The defendant never obtained a working copy of any of the software described in the declaration.

The declaration fails to include any testimony regarding the actual software used by the defendant, but instead states that the software described was the same software used by the defendant; however, Skelly has no possible way of knowing that absolutely no provisions of the software were altered in any way from the version used by the defendant, even though the version numbers may be the same.

DATED this 29th day of April, 2021.

_____Timberly E. Hughes_____
Timberly E. Hughes, Defendant

TIMBERLY E. HUGHES,
Defendant *in Propria Persona*
59 Long Bay Road
Akaroa, New Zealand

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
    PLAINTIFF

v.                                          CASE NO.  3:18-cv-5931-JCS

TIMBERLY E. HUGHES
    DEFENDANTS
_____/

### CERTIFICATE OF SERVICE

I Timberly E. Hughes hereby certify that a true and correct copy of the foregoing was duly served upon the plaintiff's attorney of record, David L. Anderson and Nithya Senra, at the address of P. O. Box 683, Ben Franklin Station, Washington, DC  20044, via first class mail and online this  29th  day of April 2021.

By:  *Timberly E. Hughes*