UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TIMBERLY E. HUGHES,<br><br>　　　　　　Defendants. | Case No. 18-cv-05931-JCS<br><br>**ORDER DENYING MOTION TO STRIKE**<br><br>Re: Dkt. No. 150 |

　　　Defendant Timberly Hughes, pro se, moves to strike Exhibit 44 from Plaintiff the United States' trial exhibit list.  That motion is DENIED.  First, a motion to strike is not an appropriate mechanism to object to an exhibit's admissibility.  Second, Hughes previously stipulated to admit this exhibit into evidence.  *See* Civil Minute Order (dkt. 147) (noting the parties' stipulation to admit all exhibits except Exhibits 47 through 57).  Third, even if considered, none of the objections that Hughes now raises would warrant excluding Exhibit 44.

　　　While Hughes remains free to argue at trial or in post-trial briefing that Exhibit 44 is not relevant, that exhibit is and remains admitted into evidence.

　　　**IT IS SO ORDERED.**

Dated: June 1, 2021

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge