FILED

Jun 09 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

1 | DAVID A. HUBBERT
Acting Assistant Attorney General

2

3 | NITHYA SENRA (CABN 291803)
BORIS BOURGET (ORBN 172172)
Trial Attorneys, Tax Division

4 | U. S. Department of Justice
P.O. Box 683, Ben Franklin Station

5 | Washington, D.C. 20044
Phone:     (202) 307-6570 (Senra)

6 |            (202) 307-2182 (Bourget)
Fax:       (202) 307-0054

7 | E-mail:   Nithya.Senra@usdoj.gov
            Boris.Bourget@usdoj.gov

8 | *Attorneys for the United States of America*

9 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         Case No. 3:18-cv-5931-JCS

12 |          Plaintiff,                FINAL TRIAL EXHIBIT LIST

13 |     v.                            Bench Trial (Zoom): June 8, 2021, June 9,
2021 and June 10, 2021 at 8:00am to 2:00pm
14 | TIMBERLY E. HUGHES,

15 |          Defendant.

16

17 |     The United States of America hereby submits the following trial exhibit list, updated to include

18 | exhibits submitted by Defendant Timberly Hughes (Exhibit No. 101 to 124).

| Exh. No. | Bates Beg. | Bates End | Description | Offered | Received | Limitations |
|---|---|---|---|---|---|---|
| [1] | | | [Intentionally not used to match deposition numbering] | | | |
| 2 | ANZ-0000045 | ANZ-0000046 | Emails from Hughes to Grant Dickson, Feb. 16-18, 2009 | 6/8/2021 | 6/8/2021 | |
| 3 | ANZ-0000015 | ANZ-0000015 | Email from Grant Dickson to thughes@sprynet.com, June 29, 2009 | 6/8/2021 | 6/8/2021 | |
| 4 | ANZ-0000080 | ANZ-0000080 | ANZ Bank Signature Card, Takamatua Valley Vineyards | 6/8/2021 | 6/82021 | |
| [5] | | | [Intentionally not used to match deposition numbering] | | | |
| 6 | ANZ-0000081 | ANZ-0000081 | Passports submitted to ANZ Bank | 6/8/2021 | 6/8/2021 | |

| Exh. No. | Bates Beg. | Bates End | Description | Offered | Received | Limitations |
|---|---|---|---|---|---|---|
| 7 | ANZ-0000082 | ANZ-0000086 | Takamatua Valley Vineyards Limited Business Registration Listing | 6/8/2021 | 6/8/2021 | |
| 8 | ANZ-0000074 | ANZ-0000079 | Email from Sandhya Singh to T. Hughes re: loan statements, Jan. 30, 2013 | 6/8/2021 | 6/8/2021 | |
| 9 | HUGHES_PROD-000113 | HUGHES_PROD-000113 | Final Loan Account Statement Loan No. X1003, Oct 2010 to March 2011 | 6/8/2021 | 6/8/2021 | |
| 10 | ANZ-0000075 | ANZ-0000201 | Statement of Accounts Account No. X4400 | 6/8/2021 | 6/8/2021 | |
| 11 | ANZ-0000203 | ANZ-0000377 | Statement of Accounts Account No. X0600 | 6/8/2021 | 6/8/2021 | |
| 12 | ANZ-0000378 | ANZ-0000485 | Statement of Accounts Account No. X0625 | 6/8/2021 | 6/8/2021 | |
| 13 | ANZ-0000486 | ANZ-0000532 | Term Deposit Account Statements -1000, -1004, -1005, -1006 | 6/8/2021 | 6/8/2021 | |
| 14 | HUGHES_PROD-000016 | HUGHES_PROD-000112 | Hughes Form 1040s 2010 through 2013 | 6/8/2021 | 6/8/2021 | |
| 15 | HUGHES_PROD-000001 | HUGHES_PROD-000015 | Hughes Response to U.S. 1st Set of Requests for Admissions, Requests for Production and Interrogatories | 6/8/2021 | 6/8/2021 | |
| 16 | USA-001047 | USA-001070 | Blank FBAR Forms and Schedule Bs to Form 1040, 2010-2013 with Instructions | 6/8/2021 | 6/8/2021 | |
| 17 | USA-000006 | USA-000009 | Form 13448 for years 2010, 2011, 2012, and 2013 | 6/8/2021 | 6/8/2021 | |
| 18 | USA-000010 | USA-000011 | Letter from IRS to Hughes re Appeal results, Sept. 28, 2016 | 6/8/2021 | 6/8/2021 | |
| 19 | USA-000032 | USA-000034 | Letter from IRS to Hughes re proposed assessment, Oct. 16, 2015 | 6/8/2021 | 6/8/2021 | |
| 20 | USA-000068 | USA-000069 | Takamatua Valley Vineyards Limited Incorporation Docs | 6/8/2021 | 6/8/2021 | |
| 21 | USA-000070 | USA-000071 | Cuba Uncorked incorporation documents | 6/8/2021 | 6/8/2021 | |
| 22 | USA-000120 | USA-000131 | 2010 Hughes 1040 (Electronic Transcript) | 6/8/2021 | 6/8/2021 | |
| 23 | USA-000132 | USA-000160 | 2011 Hughes 1040 (Signed IRS Copy) | 6/8/2021 | 6/8/2021 | |
| 24 | USA-000161 | USA-000184 | 2012 Hughes 1040 (Signed IRS Copy) | 6/8/2021 | 6/8/2021 | |
| 25 | USA-000185 | USA-000207 | 2013 Hughes 1040 (Signed IRS Copy) | 6/8/2021 | 6/8/2021 | |

| Exh. No. | Bates Beg. | Bates End | Description | Offered | Received | Limitations |
|---|---|---|---|---|---|---|
| 26 | USA-000251 | USA-000255 | Revenue Agent Lauren's Notes of 8/15/2014 Interview of T. Hughes | 6/8/2021 | 6/8/2021 | |
| 27 | USA-000264 | USA-000264 | Civil Penalty Approval Form 2010-2013 | 6/8/2021 | 6/8/2021 | |
| 28 | USA-000277 | USA-000639 | ANZ Bank Records provided by T. Hughes to IRS during FBAR audit | 6/8/2021 | 6/8/2021 | |
| 29 | USA-000710 | USA-000710 | Email from Hughes to S. Katz re Fincen Acknowledgement of FBAR Electronic Filing | 6/8/2021 | 6/8/2021 | |
| 30 | USA-000719 | USA-000720 | Letter from J. Lauren to T. Hughes re FBAR examination with information document request, Jan. 15, 2015 | 6/8/2021 | 6/8/2021 | |
| 31 | USA-000724 | USA-000727 | Email from T. Hughes to J. Lauren re FBAR submissions for 2011-2013, Sept. 22, 2014 | 6/8/2021 | 6/8/2021 | |
| 32 | USA-000728 | USA-000729 | Letter from T. Hughes to J. Lauren dated 8/26/2014 | 6/8/2021 | 6/8/2021 | |
| 33 | USA-000730 | USA-000735 | Hughes FBARs 2011 (Handwritten) | 6/8/2021 | 6/8/2021 | |
| 34 | USA-000743 | USA-000748 | Hughes FBARs 2012 (Handwritten) | 6/8/2021 | 6/8/2021 | |
| 35 | USA-000756 | USA-000762 | Hughes FBARs 2013 (Handwritten) | 6/8/2021 | 6/8/2021 | |
| 36 | USA-000771 | USA-000776 | Email chain between J. Lauren and T. Hughes re FBAR forms Aug. 25, 2014 | 6/8/2021 | 6/8/2021 | |
| 37 | USA-000082 | USA-000118 | FinCen Transcripts (Electronic Filing Confirmations for FBARs) | 6/8/2021 | 6/8/2021 | |
| 38 | USA-000836 | USA-000836 | Information Document Request August 21, 2014 | 6/8/2021 | 6/8/2021 | |
| 39 | USA-000837 | USA-000837 | Information Document Request January 1, 2015 | 6/8/2021 | 6/8/2021 | |
| 40 | USA-000838 | USA-000838 | Information Document Request March 12, 2015 | 6/8/2021 | 6/8/2021 | |
| 41 | USA-000846 | USA-001046 | U.S. Tax Court Pleadings and Stipulated Order Nov. 2, 2018 | 6/8/2021 | 6/8/2021 | |
| 42 | USA-001071 | USA-001077 | Certification of Outstanding Balance, Forms 13448 Penalty Assessment Certification | 6/8/2021 | 6/8/2021 | |
| 43 | USA-001078 | USA-001082 | Letter 3708 - Notice of Assessment & Demand for Payment | 6/8/2021 | 6/8/2021 | |

| Exh. No. | Bates Beg. | Bates End | Description | Offered | Received | Limitations |
|---|---|---|---|---|---|---|
| 44 | USA-000641 | USA-000696 | Pre-Assessment FBAR Penalty Notification Letter dated 10/16/2015 with IRS Form 886A (Explanation of Items) | 6/8/2021 | 6/8/2021 | |
| 45 | ANZ-000627 | ANZ-000641 | Facility Agreement dated 21 April 2012 with Surety Acknowledgement | 6/8/2021 | 6/8/2021 | |
| 46 | ANZ-0000642 | ANZ-0000646 | Variation Letter – TVV Loan April 3, 2013 with Surety Acknowledgment | 6/8/2021 | 6/8/2021 | |
| 47 | | | TurboTax 2010 Software (CD - .exe file) | 6/8/2021 | 6/8/2021 | |
| 48 | | | TurboTax 2011 Software (CD - .exe file) | 6/8/2021 | 6/8/2021 | |
| 49 | | | TurboTax 2012 Software (CD - .exe file) | 6/8/2021 | 6/8/2021 | |
| 50 | | | TurboTax 2013 Software (CD - .exe file) | 6/8/2021 | 6/8/2021 | |
| 51 | | | Summary Exhibit of TurboTax 2010 Software prompts relating to Schedule B and FBAR | | | |
| 52 | | | Summary Exhibit of TurboTax 2011 Software prompts relating to Schedule B and FBAR | | | |
| 53 | | | Summary Exhibit of TurboTax 2012 Software prompts relating to Schedule B and FBAR | | | |
| 54 | | | Summary Exhibit of TurboTax 2013 Software prompts relating to Schedule B and FBAR | | | |
| 55 | | | T. Hughes Deposition Transcript 12/16/20 (for identification purposes) | | | |
| 56 | | | T. Hughes Deposition Transcript 1/28/21 (for identification purposes) | | | |
| 57 | | | Intuit Business Records Declaration (Lisa Skelly) | | | |
| 58 | | | ANZ Business Records Declaration | 6/8/2021 | 6/8/2021 | |
| 59 | | | IRS Business Records Declaration | 6/8/2021 | 6/8/2021 | |
| [end] | | | [Intentionally blank - end of Plaintiff's Exhibits] | | | |
| 101 | | Exh. A, 130-1, p.2 | Letter dated 29 Oct 2015 from Alan Bruce to Timberly Hughes | 6/8/2021 | 6/8/2021 | |

| Exh. No. | Bates Beg. | Bates End | Description | Offered | Received | Limitations |
|---|---|---|---|---|---|---|
| 102 | | Exh. A, 130-1, p.3 | Letter dated 9 Nov 2015 from DWP McCone to T Hughes | 6/8/2021 | 6/8/2021 | |
| 103 | | Exh. A, 130-1, p.4 | Letter dated 19 Apr 2001 from Inland Revenue to Takamatua | 6/8/2021 | 6/8/2021 | |
| 104 | | Exh. A, 130-1, p. 5 | Letter dated 29 Sep 2002 from Inland Revenue to Takamatua | 6/8/2021 | 6/8/2021 | |
| 105 | | Exh. A, 130-1, p. 6 | Letter dated 05 Oct 2002 from Inland Revenue to Takamatua | 6/8/2021 | 6/8/2021 | |
| 106 | | Exh. A, 130-1, p. 7 | Email from T. Hughes to S. Katz dated 3/31/2018 | 6/8/2021 | 6/8/2021 | |
| 107 | | Exh. A, 130-1, p.8 | Email from T. Hughes to S. Katz dated 3/31/2018 | 6/8/2021 | 6/8/2021 | |
| 108 | | Exh. A, 130-1, p.p. 9-14 | Media Release 11 Feb 2005 NZ Inland Revenue | 6/8/2021 | 6/8/2021 | |
| 109 | | Exh. A, 130-1, p.p. 15-16 | Letter from Inland Revenue to Timberly Hughes dated 16-Jan-2015 | 6/8/2021 | 6/8/2021 | |
| 110 | | Exh. B, 130-2, p.p. 1-3 | Letter from T. Hughes to J. Lauren dated Aug. 26, 2014 | 6/8/2021 | 6/8/2021 | |
| 111 | | Exh. C, 130-3 | FinCEN FBAR filing confirmations dated 9/23/2014 | 6/8/2021 | 6/8/2021 | |
| 112 | | Exh. D, 130-4 | Protest Letter from Steven Katz to RA Jonathan Lauren | 6/8/2021 | 6/8/2021 | |
| 113 | | Exh. E, 130-5 | ANZ Bank Statements, and Correspondence | 6/8/2021 | 6/8/2021 | |
| 114 | | Exh. F, 130-6 | Gonzaga University Transcript | 6/8/2021 | 6/8/2021 | |
| 115 | | Exh. G, 130-7 | Email from Jiro Ishikawa at Seiler to Timberly Hughes re CNR Inc | 6/8/2021 | 6/8/2021 | |
| 116 | | Exh. H, 130-8 | Michael Gibbons online obituary | 6/8/2021 | 6/8/2021 | |
| 117 | | Exh. I, 130-9 | Tax Court Docket No. 15230-17, Decision dated Nov 2, 2018 | 6/8/2021 | 6/8/2021 | |
| 118 | | Exh. J | Intuit Turbo Tax Forms Mode Summaries | 6/8/2021 | 6/8/2021 | |
| 119 | USA - 0326-0338 | Exh. K | National Bank Term Deposit #1000 | 6/8/2021 | 6/8/2021 | |
| 120 | USA-0305-0311 | Exh. K | National Bank Term Deposit #1004 | 6/8/2021 | 6/8/2021 | |
| 121 | USA-0293-0301 | Exh. K | National Bank Term Deposit #1005 | 6/8/2021 | 6/8/2021 | |

| Exh. No. | Bates Beg. | Bates End | Description | Offered | Received | Limitations |
|---|---|---|---|---|---|---|
| 122 | USA-0285-0290 | Exh. K | National Bank Term Deposit #1006 | 6/8/2021 | 6/8/2021 | |
| 123 | USA-0728-0729 | Exh. K | Letter from T. Hughes to J. Lauren dated 8/26/2014 | 6/8/2021 | 6/8/2021 | |
| 124 | | Exh. K | Spreadsheet on Tax Paid/Summary on Balances | 6/8/2021 | 6/8/2021 | |

DATED this 28th day of May, 2021.

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Nithya Senra*
NITHYA SENRA
BORIS BOURGET
Trial Attorneys, Tax Division
U.S. Department of Justice
*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2021, I electronically filed the foregoing Objections, with the Clerk of Court using the CM/ECF system, which has served the following CM/ECF participants: Timberly E. Hughes, thughes@sprynet.com, Defendant, *pro se*.

*/s/ Nithya Senra*
NITHYA SENRA
Trial Attorney, Tax Division
U.S. Department of Justice

.